**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JERMAINE BAPTISTE**                                                                      **PLAINTIFF**

**v.**                            **CASE NO. 4:24-CV-01105 BSM**

**EVERGREEN PACKAGING, LLC**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE